*William Snediker* v. *Thomas Pearson.* R. F. WINSLOW, for appellant; N. HILL JUN. for respondent. Order appealed from reversed with costs.

*John P. Whiteman et al* v. *The German Reformed Church of the City of New York et al.* T. HASTINGS, for complainants; O. L. BARBOUR, for defendants. Application for the re-taxation of the costs of opposing a special motion. The costs were made out at $427 49. The vice chancellor taxed them at $159 67, which included the copy of 1848 folios annexed to an affidavit; which copy was one of the printed error books used upon the argument of a former suit in the court of errors. It also included $5, for copies of the opinions of the different members of that court in such suit. The chancellor said that a short affidavit stating the substance of the pleadings and matters of controversy, and a reference to the printed report of the case in this court, was all that was necessary, in addition to what is stated in the written part of the affidavit, to bring the case before this court. He therefore allowed 50 folios, in addition to the written affidavit, and the item of $5, for copies of the opinions; and he directed the bill, as taxed, to be reduced to the sum of $51,31. Neither party to have costs as against the other, upon this application.

*Arthur H. Root* v. *Charles L. Safford et al.* J. RHOADES, for complainant; O. L. BARBOUR, for defendants. Order referring it back to the master to re-examine the defendant C. L. Safford as to the several questions which are decided to be proper to be answered. Neither party to have costs against the other upon this application.